IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


ALEJANDRO ANTONIO PEREZ,

        Appellant,

        Case No.  5D23-62
v.                            LT Case No. 16-2017-CF-002538-AXXX


STATE OF FLORIDA,

        Appellee.

_____/

Decision filed March 7, 2023

Appeal from Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Alejandro Antonio Perez, Wewahitchka,
pro se.

Ashley Moody, Attorney General, and
Trisha Meggs Pate, Bureau Chief,
Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.

MAKAR, JAY and HARRIS, JJ., concur.